COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID INCOME LIMITED,<br><br>*Petitioner*,<br><br>v.<br><br>ENERGYINVEST LLC,<br><br>*Respondent*. | Case No. 1:23-cv-07010 (LAP)<br><br>~~[PROPOSED]~~<br>**FINAL DEFAULT JUDGMENT** |

This matter comes before the Court by motion filed by Petitioner Solid Income Limited ("Petitioner") for the entry of final judgment by default against Respondent EnergyInvest LLC ("Respondent"), entering an Order granting default judgment to Petitioner against Respondent in the above-captioned matter, awarding Petitioner damages, attorney's fees, and costs.

The Court, having considered the Declaration of Brendan F. Quigley and exhibits thereto in support of Petitioner's Motion for Default Judgment, the Certificate of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**ORDERED, ADJUDGED AND DECREED** that default judgment is granted in favor of Petitioner pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment shall be entered and award damages totaling $2,152,594.79, consisting of the $1,750,000 principal on the loan from Petitioner to Respondent, $103,081.69 in accrued interest, $197,720.86 in attorneys' fees, and $101,792.00 in administrative fees and arbitrator expenses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner is awarded Certificate No. 351, representing 86,666 shares or 13% of the share capital of HomeEnergy Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that because Petitioner incurred costs and attorneys' fees in pursuing this action, Judgment shall be entered for Petitioner against Respondent in the amount of $33,350.35 in attorneys' fees and costs.

**IT IS FURTHER ORDERED, ADJOURNED AND DECREED** that any failure by Respondent to comply with the terms of this Order shall be deemed contempt of Court, subjecting Respondent to contempt remedies to be determined by the Court, including fines and seizures of property.

**IT IS FURTHER ORDERED, ADJOURNED AND DECREED** that this Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**

SIGNED this 10th day of January 2023

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE